MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for SAMUEL SCOTT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. 17-162 TLN |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | ORDER ADDING DRUG TREATMENT |
| ) | TO SPECIAL CONDITIONS OF RELEASE |
| ) | |
| SAMUEL SCOTT, ) | Date: |
| ) | Time: |
| Defendant. ) | Judge: Hon. Magistrate Deborah Barnes |

================================)

Samuel Scott's special conditions of pre-trial release are found in ECF document 12.  The parties stipulate to add special condition #14 of pre-trial release:

"You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer."

Dated:  October 23, 2017                         Respectfully submitted,

                                                 /s/ Michael D. Long
                                                 MICHAEL D. LONG
                                                 Attorney for Samuel Scott

Dated:  October 23, 2017                         PHILLIP A. TALBERT
                                                 Acting United States Attorney

                                                 /s/ James Conolly
                                                 JAMES CONOLLY
                                                 Assistant U.S. Attorney

-1-

Dated: October 30, 2017

**<u>GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED</u>**.

The Court hereby orders new special condition of release #14:

"You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer."

Dated: October 30, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE